UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

FILED
U.S. DISTRICT COURT
DISTRICT OF VT
11/01/23

2:23-mc-149

| | |
|---|---|
| In re: | ) |
| | ) |
| Order of Designation | ) |
| for Attorney Admissions | ) |
| in Bankruptcy Court | ) |

## GENERAL ORDER NO. 120

The District Court hereby authorizes the Hon. Heather Z. Cooper to admit attorneys to the bar of the District of Vermont in all matters involving the Bankruptcy Court.  Judge Cooper is in a good position to evaluate the application of these practitioners and to observe them in practice.  It will also be a convenience for counsel traveling from out of state to be admitted in the course of a bankruptcy case.  The same standards and procedure apply to these admissions and an attorney, once admitted, will be admitted to practice for all purposes.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 1st day of November, 2023.

_____
Geoffrey W. Crawford
Chief Judge